UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY A BEAVER,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, *et al*,<br><br>               Defendants. | Case No.  C08-5193RBL/JKA<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1 and 2), is GRANTED. Plaintiff is currently detained by the State of Washington Department of Social and Health Services' at the Western State Hospital, located in Steilacoom Washington. He does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 18 day of April, 2008.

                                              /S/ *J. Kelley Arnold*
                                              J. Kelley Arnold
                                              United States Magistrate Judge

ORDER
Page - 1