UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY A. BEAVER,

    Plaintiff,

v.

STATE OF WASHINGTON *et al*.,

    Defendants.

Case No.  C08-5193RBL/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation [Dkt. #10], and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITHOUT PREJUDICE** as to claims relating to confinement.

(3)     The action is **DISMISSED WITH PREJUDICE** as to claims relating to sleep medication.

(4)     The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

    DATED this 19th day of May, 2008.

    */s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1