# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKEY A BEAVER

JUDGMENT IN A CIVIL CASE

v.

STATE OF WASHINGTON, et al.

CASE NUMBER: C08-5193RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. This action is **DISMISSED WITHOUT PREJUDICE** as to claims relating to confinement.

3. This action is **DISMISSED WITH PREJUDICE** as to claims relating to sleep medication.

May 19, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk