1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

RICKEY A. BEAVER,

                 Plaintiff-Appellant,

        v.

STATE OF WASHINGTON, et al.,

                 Defendant-Appellees.

D.C. No. C08-5193RBL

COA No. 08-35476

ORDER

18

     THIS MATTER comes on before the above-entitled Court sua sponte.

19

     On October 29, 2009, the Clerk mailed to plaintiff's last known address a copy of the United

20

States Court of Appeals for the Ninth Circuit's Mandate reversing this Court's judgment dismissing

21

plaintiff's case. On November 9, 2009, that mailing was returned to the Court as undeliverable. Pursuant

22

to Local Rule 41(b)(2), plaintiff has an obligation to keep the Court informed of his current address. The

23

Rule provides that if within 60 days after mail has been returned as undeliverable plaintiff has not notified

24

the Court of a new address, the Court may dismiss the action without prejudice for failure to prosecute.

25

Therefore, the Clerk is directed to note this matter on the Court's calendar for January 8, 2010 and if

26

plaintiff has not notified the Court of a new address by that date, this matter will be dismissed without

27

prejudice.

28

     **IT IS SO ORDERED.**

1         The Clerk shall send uncertified copies of this order to all counsel of record, and to any party

2    appearing pro se.

3         Dated this 12th day of November, 2009.

4

5    RONALD B. LEIGHTON
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2